PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender: Rufus Ward                     Cr.: 11-00378-001
                                                 PACTS Number: 61007

Name of Sentencing Judicial Officer: Honorable Joseph E. Irenas

Date of Original Sentence: 10-14-2011

Original Offense: Theft of Government Property

Original Sentence: Five years probation

Type of Supervision: Probation            Date Supervision Commenced: 10-14-2011

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The modification of following special condition(s):

OTHER CONDITION

Removal of self-payment of location monitoring fees.

## CAUSE

Waive location monitoring fees in favor of restitution. The U.S. Probation Office will assume payment of these fees.

Respectfully submitted,

By: Kevin M. Villa
Senior U.S. Probation Officer
Date: November 15, 2011

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/2/11
Date